BLUMENTHAL, NORDREHAUG & BHOWMIK
  Norman B. Blumenthal (State Bar No. 068687)
  Kyle R. Nordrehaug (State Bar No. 205975)
  Aparajit Bhomik (State Bar No. 248066)
  Piya Mukherjee (State Bar No. 274217)
225 Calle Clara
La Jolla, CA  92037

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHERINE VALLE and DON PEROLINO CRISTOBAL, individuals, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HIW, INC.;<br><br>Defendant. | Case No. CV 11-1489 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

1.  The Parties agree that the action should be reopened so it can be formally dismissed pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii) as follows:

    a.  All individual claims brought herein by plaintiffs CATHERINE VALLE AND DON PEROLINO CRISTOBAL ("Plaintiffs") on their own respective behalves against Defendant LOWE'S HIW, INC. ("Defendant") are dismissed *with*

1  prejudice, each side to bear its own costs and attorneys' fees.

2        b.    All claims brought herein on behalf of others besides Plaintiffs,

3  including the claims brought on behalf of the putative class and the claims of the State

4  of California, Labor Workforce Development Agency against Defendant are dismissed

5  without prejudice, each side to bear its own costs and attorneys' fees.

7  DATED: July 26, 2013                BLUMENTHAL, NORDREHAUG &
8                                            BHOWMIK

10                                           By:  */s/ Aparajit Bhowmik*
11                                                 Aparajit Bhowmik
                                                Attorneys for Plaintiffs

13 DATED: July 26, 2013                HUNTON & WILLIAMS

15                                           By:  */s/ Jason Kim*
16                                                 Jason Kim
                                                Attorneys for Defendant

**IT IS SO ORDERED**

DATED:   07/29/2013

*(Signed: Judge Samuel Conti, United States District Court, Northern District of California)*

p-stip-dismiss-FINAL